# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No.    12-1643    **Short Title:**    United States v. Gary Sampson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Gary Sampson _____ as the

[ ] appellant(s)          [X] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [X] respondent(s)        [ ] intervenor(s)

_____        May 23, 2012 _____
Signature                            Date

William E. McDaniels
Name

Williams & Connolly LLP _____        (202) 434-5055 _____
Firm Name (if applicable)                    Telephone Number

725 12th Street, N.W. _____        (202) 434-5029 _____
Address                                      Fax Number

Washington, D.C. 20005 _____        wmcdaniels@wc.com _____
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: Admission Pending

Has this case or any related case previously been on appeal?

[ ] No          [X] Yes    Court of Appeals No. 04-6001

FILED IN CLERKS OFFICE US COURT OF APPEALS FIRST CIRCUIT 2012 MAY 24 A 11:

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.