# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 12-1643       **Short Title:** United States v. Sampson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Gary Sampson _____ as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)       [✓] respondent(s)       [ ] intervenor(s)

_____    May 23, 2012
Signature                        Date

Thomas P. Windom
Name

Williams & Connolly LLP       (202) 434-5000
Firm Name (if applicable)       Telephone Number

725 Twelfth St NW       (202) 434-5029
Address                 Fax Number

Washington, DC 20005       twindom@wc.com
City, State, Zip Code        Email (required)

Court of Appeals Bar Number: Pending

Has this case or any related case previously been on appeal?

[ ] No       [✓] Yes  Court of Appeals No. 04-6001 _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.