# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 12-1643          **Short Title:** U.S. v. Gary Sampson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Jennifer G. Wicht
_____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [✓] respondent(s)          [ ] intervenor(s)


May 23, 2012
_____          _____
Signature                                              Date

Jennifer G. Wicht
_____
Name

Williams & Connolly LLP          (202) 434-5331
_____          _____
Firm Name (if applicable)          Telephone Number

725 Twelfth Street N.W.          (202) 434-5029
_____          _____
Address                                              Fax Number

Washington, D.C. 20005          jwicht@wc.com
_____          _____
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: admission pending

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 04-6001

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.