# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

### NOTICE OF APPEARANCE

Case Nos.:         12-1643
Case Name (short):    Gary Lee Sampson v. United States

The Clerk will enter my appearance as counsel on behalf of **The United States Attorney's Office** as the:

[√] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervener(s)

Signature:     /s/ Mark T. Quinlivan          Date:   June 4, 2012

Name: Mark T. Quinlivan                    Telephone Number: (617) 748-3606
         Assistant United States Attorney          Fax Number:   (617) 748-3951
         United States Attorney's Office          Email:
         John Joseph Moakley U.S. Courthouse       (1) **USAMA.ECFAppeals@usdoj.gov**
         1 Courthouse Way, Suite 9200,          (2) mark.quinlivan@usdoj.gov
         Boston, Massachusetts 02210

Court of Appeals Bar Number:   74740

Has this case or any related case previously been on appeal?
[   ]  No    [X ] Yes          Court of Appeals No.: Nos. 04-6001; 12-8019

_____

Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.  New or additional counsel may enter an appearance outside the 14-day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1ˢᵗ Cir. R. 12.0(a).

Counsel must complete and return this notice of appearance in order to file pleadings in this court.  Counsel not yet admitted to practice before this court must submit an application for admission with the form.  1ˢᵗ Cir. R. 46.0(a)(2).