# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 12-1643          **Short Title:** Gary Lee Sampson v United States

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Gary Lee Sampson _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          June 5, 2012 _____
Signature                          Date

Susan Katherine Marcus _____
Name

Susan K Marcus, Esq _____          (917) 207-8774 _____
Firm Name (if applicable)          Telephone Number

3 Fort Mason _____          (888) 291-2078 _____
Address                          Fax Number

San Francisco, CA 94123 _____          susankmarcus@gmail.com _____
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: ___pending___

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes  Court of Appeals No. 04-6001 _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.