# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.**                    **Short Title:**

**Type of Action**

      Civil
      Criminal/Prisoner
      Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from_____
   2. Date this notice of appeal filed_____
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?    Yes      No
   2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?    Yes      No
        If yes, explain_____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?    Yes      No
        If yes, explain_____

C. Has this case previously been appealed?    Yes      No
   If yes, give the case name, docket number and disposition of each prior appeal
_____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?    Yes      No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?          Yes          No
   If yes, is a transcript necessary for this appeal?          Yes          No
   If yes, is transcript already on file with district court?          Yes          No

F. List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1.  Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

   2.  Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

   3.  Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1.  Appellant's name_____
       Address_____
       Telephone_____

       Attorney's name_____
       Firm_____
       Address_____
       Telephone_____

   2.  Appellant's name_____
       Address_____
       Telephone_____

       Attorney's name_____
       Firm_____
       Address_____
       Telephone_____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)          Yes          No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.


Signature_____

Date_____