# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _____

District Court Case No. _____ District of _____

Date Notice of Appeal filed _____ Court of Appeals Case No. _____

Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
| --- | --- |
| Jury Voir Dire | _____ |
| Opening Statement (plaintiff) | _____ |
| Opening Statement (defendant) | _____ |
| Trial | _____ |
| Closing Argument (plaintiff) | _____ |
| Closing Argument (defendant) | _____ |
| Findings of Fact/Conclusions of Law | _____ |
| Jury Instructions | _____ |
| Change of Plea | _____ |
| Sentencing | _____ |
| Bail hearing | _____ |
| Pretrial proceedings (specify) _____ | _____ |
| Testimony (specify ) _____ | _____ |
| Other (specify) _____ | _____ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

Private funds.

Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.

Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____ Filer's Signature _____

Firm/Address _____ Filer's Email address _____

Telephone number _____ Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09) **SEE INSTRUCTIONS ON REVERSE**

# CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on June 6, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN