**Nos.  12-8019, 12-1643**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

**No. 12-8019**

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

**v.**

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**
_____

**No. 12-1643**

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

**v.**

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**
_____

## GOVERNMENT'S MOTION TO CONSOLIDATE APPEALS

Pursuant to Fed. R. App. P. 3(b)(2), the United States of America, the

respondent-appellant in the above-captioned appeals, hereby moves to consolidate

these appeals.  Both of these appeals challenge the district court's (Wolf, C.J.)

Memorandum and Order of May 10, 2012 (hereafter the "May 10 Order"), in which

the court allowed Claim IV of the petitioner-appellee Gary Lee Sampson's amended

petition under §2255, vacated his death sentence, and ordered a new penalty phase

trial.  Specifically, in Appeal No. 12-1643, the government filed a notice of appeal

from the district court's order granting Sampson a new penalty phase trial, which the government views as a final appealable order.  In Appeal No. 12-8019, the government petitioned this Court for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) from the district court's order granting Sampson a new penalty phase trial, in the event the Court finds that the May 10 Order is not a final order appealable as a matter of right.  The appeals raise identical issues about the correctness of the district court's May 10 Order vacating Sampson's death sentence and granting him a new penalty phase trial, and are merely different vehicles for obtaining review of that order.  The government therefore believes that consolidation of these appeals for briefing and oral argument is warranted and in the interest of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I, Mark T. Quinlivan, AUSA, certify that on June 7, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN

-3-