No.  12-1643

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

**v.**

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**

_____

**GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME**
**– TO July 23, 2012–**
**WITHIN WHICH IT MUST RESPOND TO**
**PETITIONER GARY LEE SAMPSON'S MOTION TO DISMISS**

**(Motion to Defer Jurisdictional Issues to Merits Panel Pending)**

_____

The United States of America, the respondent-appellant in the above-captioned

appeal, respectfully moves this Court to continue for 46 days – **to July 23, 2012–** the

time in which it must respond to petitioner-appellee Gary Lee Sampson's motion to

dismiss.  In support of this motion, the government states the following:

1.   This is the government's appeal of the district court's (Wolf, C.J.)

Memorandum and Order of May 10, 2012, in which the court allowed Claim IV of

Sampson's amended petition under 28 U.S.C. §2255 and vacated his death sentence.

2.  The government filed a notice of appeal on May 18, 2012 and, on the same date, petitioned this Court for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) from the district court's order granting Sampson a new penalty phase trial (Appeal No. 12-8019).

3.  On May 25, 2012, Sampson moved to dismiss the government's appeal, and also opposed the government's petition for permission to take an interlocutory appeal under §1292(b).  The government's response is due on this date, June 7, 2012.

4.  On this date, the government has filed a motion to defer the jurisdictional issues to the merits panel.  If the Court denies the motion to defer, the government wishes to file an opposition fully addressing the Sampson's motion to dismiss.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
       MARK T. QUINLIVAN
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on June 7, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

   */s/ Mark T. Quinlivan*
   MARK T. QUINLIVAN