# United States Court of Appeals
## For the First Circuit

---

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

---

ORDER OF COURT

Entered:  June 12, 2012

Currently before the court is the government's motion to consolidate Appeal Nos. 12-1643 and 12-8019.  The motion is GRANTED.  The parties should brief all issues, including jurisdiction, certification, merits and relief requested, in accordance with the following briefing schedule:

- The government's opening brief will be due on July 23, 2012;

- Sampson's brief will be due 30 days after the government has filed its brief;

- Any reply brief by the government will be due 14 days after Sampson has filed his brief.

By the Court:


/s/ Margaret Carter, Clerk.

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. Daniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom