# United States Court of Appeals
## For the First Circuit

———————————

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

———————————

Before

Lynch, <u>Chief Judge</u>,
Selya and Lipez, <u>Circuit Judges</u>.

———————————

ORDER OF COURT

Entered:  June 22, 2012

These matters are before the court on Gary Lee Sampson's motion for reconsideration as to the court's procedural order of June 12, 2012.  The motion is **DENIED**.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. Daniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom