**Nos.  12-1643, 12-8019**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

**No. 12-1643**

**GARY LEE SAMPSON,**
**Petitioner-Appellee**


**v.**


**UNITED STATES OF AMERICA,**
**Respondent-Appellant**
_____

**No. 12-8019**

**GARY LEE SAMPSON,**
**Petitioner-Appellee**


**v.**


**UNITED STATES OF AMERICA,**
**Respondent-Appellant**
_____

**GOVERNMENT'S MOTION TO ENLARGE TIME BY 39 DAYS**
**-- to August 31, 2012--**
**FOR FILING ITS BRIEF AND APPENDIX**

The government respectfully moves this Court to continue by 39 days, or through August 31, 2012, the date on which its brief and appendix is due.  In support of this motion, the government states the following:

1.  This is the government's appeal from the district court's memorandum and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new

penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019).

2.  By order dated June 12, 2012, this Court granted the government's motion to consolidate these appeals; directed the parties to address all issues, including jurisdiction, certification, merits, and relief requested, in their respective briefs, and ordered that the government's opening brief be due on July 23, 2012.

3.  These appeals raise important questions of first impression regarding this Court's jurisdiction and the merits of the district court's order granting Sampson a new penalty phase trial.  Although the undersigned Assistant U.S. Attorney has begun a draft of the government's brief, an extension of time of 39 days is being requested in view of his recent and upcoming schedule, which has included the following, among other matters:

- drafting the government's answering brief in *United States v. Fermin Guevara*, No. 11-2083, which was filed on June 20, 2012;

- drafting the Department of Defense's response to the district court's sealed order of May 8, 2012 in *Stephen H. Oleskey v. U.S. Dept. of Defense*, Civil Action No. 07-10735 RGS, a Freedom of Information Act case brought on behalf of six current or former detainees at Guantanamo Bay, Cuba, which was filed on June 28, 2012 (these matters have since been unsealed);

- drafting the government's motion for summary disposition in *United States v. Samuel Guadalupe, a/k/a Jose Santos*, No. 11-1827, which was filed on June 29, 2012;

- drafting the government's reply brief in *United States v. Anthony Oliveira*, Nos. 11-2020, 11-2071, which was filed on July 2, 2012;

- drafting the government's motion for summary disposition in *United States v. Angel Quinones, a/k/a Ace*, No. 11-2054, which was filed on July 5, 2012;

- drafting the government's answering brief in *United States v. Angel Marquez, a/k/a Doom*, No. 11-2329, which was filed on July 13, 2012;

- reviewing the government's answering brief in *in Re: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price*, No. 12-1236, which is due on date, July 18, 2012;

- drafting the government's answering brief in *United States v. Rigoberto Ramirez, a/k/a Chino*, Nos. 11-2416, 11-2417, which is due on July 20, 2012;

- drafting the government's answering brief in *United States v. Nolvin Alvarado*, No. 11-2357, which is due on July 20, 2012.

3. The undersigned Assistant U.S. Attorney also will be out of the office on annual leave on July 23, 2012, and from August 3, 2012 to August 13, 2012.

4. In view of the foregoing, the government respectfully requests an extension of time of 39 days, or through August 31, 2012, in which to file its brief and appendix.

-3-

5.  Counsel for Gary Lee Sampson has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on July 17, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN

-4-