# United States Court of Appeals
## For the First Circuit

_____

No. 12-8019

GARY LEE SAMPSON

Respondent

v.

UNITED STATES

Petitioner

_____

No. 12-1643

GARY LEE SAMPSON

Petitioner - Appellee

v.

UNITED STATES

Respondent - Appellant

_____

ORDER OF COURT

Entered:  July 17, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for the United States to file a brief and appendix be enlarged to and including **August 31, 2012**.


By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. Daniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom