# United States Court of Appeals
## For the First Circuit

————————————

No.    12-1643

GARY LEE SAMPSON

Petitioner - Appellee

v.

UNITED STATES

Respondent - Appellant

————————————

No.    12-8019

GARY LEE SAMPSON

Respondent

v.

UNITED STATES

Petitioner

————————————

ORDER OF COURT

Entered:  August 23, 2012

The parties' joint motion for leave to file oversized opening, responsive, and reply briefs is granted.  The Government and appellee Gary Lee Sampson may file principal briefs containing no more than 21,000 words, and the Government may file a reply brief containing no more than 10,500 words.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. Daniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom