Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

No. 12-1643

### GARY LEE SAMPSON,
**Petitioner-Appellee**

v.

### UNITED STATES OF AMERICA,
**Respondent-Appellant**

_____

No. 12-8019

### GARY LEE SAMPSON,
**Petitioner-Appellee**

v.

### UNITED STATES OF AMERICA,
**Respondent-Appellant**

_____

## GOVERNMENT'S MOTION TO ENLARGE TIME BY 21 DAYS
## -- to September 21, 2012--
## FOR FILING ITS BRIEF AND APPENDIX

### (Assented-to)

The government respectfully moves this Court to further continue by 21 days,

or through September 21, 2012, the date on which its brief and appendix are due.

Counsel for the petitioner, Gary Lee Sampson, has assented to this motion.  In support

thereof, the government states the following:

1.  This is the government's appeal from the district court's memorandum and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019).

2.  These appeals raise important questions of first impression regarding this Court's jurisdiction and the merits of the district court's order granting Sampson a new penalty phase trial.  Although the undersigned Assistant U.S. Attorney has significantly drafted the government's opening brief, he has been unable to complete it within the current deadline.  In this regard, and in addition to being out of the office on annual leave from August 2, 2012 to August 13, 2012. the undersigned also has recently been responsible for drafting the government's answering brief in *United States v. Nolvin Alvarado*, No. 11-2357, which was filed on August 14, 2012; and reviewing the government's motion for summary disposition in *United States v. Luis Soto*, No. 11-1768, which is due on this date.  The undersigned also will be presenting oral argument before this Court on September 11, 2012, in *United States v. Fermin Guevara*, No. 11-2083.

3.  This is the government's second motion for an extension of time.

4.  Counsel for Gary Lee Sampson has assented to this request.

5.  In view of the foregoing, the government respectfully requests a further extension of time of 21 days, or through September 21, 2012, in which to file its brief and appendix.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on August 30, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN