# United States Court of Appeals
## For the First Circuit

---

No. 12-1643

GARY LEE SAMPSON

Petitioner - Appellee

v.

UNITED STATES

Respondent - Appellant

---

No. 12-8019

GARY LEE SAMPSON

Respondent

v.

UNITED STATES

Petitioner

---

ORDER OF COURT

Entered:  September 12, 2012

The parties' joint motion for additional briefing space is granted.  The Government and Gary Lee Sampson may each file principal briefs not to exceed 28,000 words each.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. Daniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom