Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

**No. 12-1643**

## GARY LEE SAMPSON,
**Petitioner-Appellee**

**v.**

## UNITED STATES OF AMERICA,
**Respondent-Appellant**
_____

**No. 12-8019**

## GARY LEE SAMPSON,
**Petitioner-Appellee**

**v.**

## UNITED STATES OF AMERICA,
**Respondent-Appellant**
_____

**GOVERNMENT'S MOTION TO ENLARGE TIME BY FIVE DAYS
-- to September 26, 2012--
FOR FILING ITS BRIEF AND APPENDIX**

**(Assented-to)**

The government respectfully moves this Court to further continue by five additional days, or through September 26, 2012, the date on which its brief and appendix are due. Counsel for the petitioner, Gary Lee Sampson, has assented to this motion. In support thereof, the government states the following:

1.  This is the government's appeal from the district court's memorandum and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019).

2.  The government's opening brief and petition for a writ of mandamus has been drafted and is currently being reviewed, and an extension of an additional five days is being requested so that final corrections can be made and the multi-volume appendices produced.

3.  This is the government's third motion for an extension of time.

4.  Counsel for Gary Lee Sampson has assented to this request.

5.  In view of the foregoing, the government respectfully requests a further extension of time of five days, or through September 26, 2012, in which to file its brief and appendix.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on September 20, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN