# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  September 24, 2012

Upon consideration of motion, it is ordered that the time for the United States to file a brief and appendix be enlarged to and including September 26, 2012.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. Daniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom