Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT
_____

No. 12-1643

**GARY LEE SAMPSON,**
Petitioner-Appellee

v.

**UNITED STATES OF AMERICA,**
Respondent-Appellant

_____

No. 12-8019

**GARY LEE SAMPSON,**
Petitioner-Appellee

v.

**UNITED STATES OF AMERICA,**
Respondent-Appellant

_____

**GOVERNMENT'S MOTION TO ENLARGE TIME BY ONE DAY
– to September 27, 2012–
FOR FILING ITS BRIEF AND APPENDIX**

**(Assented-to)**

The government respectfully moves this Court to further continue by one additional days, or through September 27, 2012, the date on which its brief and appendix are due.  Counsel for the petitioner, Gary Lee Sampson, has assented to this motion.  In support thereof, the government states the following:

1. This is the government's appeal from the district court's memorandum and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019).

2. The government's opening brief and petition for a writ of mandamus has been drafted and reviewed, and the undersigned Assistant U.S. Attorney is now in the process of finalizing reviewer edits, making corrections to the draft table of contents and authorities, and assisting with the copying and binding of the multi-volume appendices. This process is taking substantial time due to the length of the brief, which exceeds 27,000 words, as well as the length of the appendices, which exceed 1,700 pages, and unfortunately will not be completed at this late hour. The government therefore requests an extension of time of one additional day so that this process can be completed.

3. This is the government's fourth motion for an extension of time.

4. Counsel for Gary Lee Sampson has assented to this request.

5.  In view of the foregoing, the government respectfully requests a further extension of time of one day, or through September 27, 2012, in which to file its brief and appendices.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on September 26, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN

-3-