Nos. 12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 12-1643

### GARY LEE SAMPSON,
Petitioner-Appellee

v.

### UNITED STATES OF AMERICA,
Respondent-Appellant

No. 12-8019

### GARY LEE SAMPSON,
Petitioner-Appellee

v.

### UNITED STATES OF AMERICA,
Respondent-Appellant

## GOVERNMENT'S MOTION TO FILE JOINT SEALED APPENDIX

The government respectfully moves this Court for leave to file a Joint Sealed Appendix. The sealed supplemental appendix contains the unredacted copies of pleadings that were filed under seal in the district court. Although some of these pleadings have since been unsealed with redactions, they are being provided to the Court in unredacted form for this Court's review. The government believes that the

Joint Sealed Appendix will assist the Court in its resolution of the issues presented on appeal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ Mark T. Quinlivan
       MARK T. QUINLIVAN
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on September 27, 2012, I served a copy of the foregoing document on the following counsel by overnight delivery or hand-delivery, as designated:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN

-2-