# United States Court of Appeals
## For the First Circuit

_____

No. 12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

_____

No. 12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

_____

ORDER OF COURT

Entered:  October 2, 2012

This matter is before the court on the government's "motion to file joint sealed appendix."
The motion is **GRANTED**, and the tendered joint sealed appendix is accepted for filing under seal.

By the Court:


/s/ Margaret Carter, Clerk.

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. McDaniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom