Nos. 12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

No. 12-1643

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

**v.**

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**
_____

No. 12-8019

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

**v.**

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**
_____

## GOVERNMENT'S MOTION FOR LEAVE
## TO FILE A DOUBLE-SIDED ADDENDUM

### (Assented-to)

The government respectfully moves this Court for leave to file a double-sided addendum in the paper copies of its opening brief and petition, which was accepted for filing by this Court on October 1, 2012. The government's opening brief and petition numbers 108 pages exclusive of the tables of content and authorities and certificates of compliance and service, and the accompanying addendum – which

includes copies of relevant statutes and decisions by the district court – numbers an additional102 pages. Leave to file a double-sided addendum will, in the government's view, be beneficial as it will allow for more manageably-sized paper copies. Counsel for Gary Lee Sampson has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on October 4, 2012, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Thomas Windom
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

 */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN