# United States Court of Appeals
## For the First Circuit

———————————

No. 12-1643

GARY LEE SAMPSON

Petitioner - Appellee

v.

UNITED STATES

Respondent - Appellant

———————————

No. 12-8019

GARY LEE SAMPSON

Respondent

v.

UNITED STATES

Petitioner

———————————

ORDER OF COURT

Entered:  October 5, 2012

The Government's assented-to motion for leave to file a double-sided addendum when submitting paper copies of its brief is granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. McDaniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom