# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

------------------------------------------------------x

UNITED STATES OF AMERICA

     Appellant-Petitioner,

v.

GARY SAMPSON,

     Appellee-Respondent.

------------------------------------------------------x

Nos. 12-1643 & 12-8019

On appeal from the District of
Massachusetts (Wolf, C.J.)

Civil Action No. 09-10762-MLW
Criminal No. 01-10384-MLW

**GARY SAMPSON'S ASSENTED-TO MOTION TO ENLARGE TIME
BY 30 DAYS (UNTIL JANUARY 10, 2013)
<u>FOR FILING HIS APPELLEE BRIEF</u>**

William E. McDaniels, Esq.
Jennifer G. Wicht, Esq.
Thomas P. Windom, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

J. Martin Richey, Esq.
Elizabeth L. Prevett, Esq.
Federal Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA  02110
(617) 223-8061

Susan K. Marcus, Esq.
3 Fort Mason
San Francisco, CA 94123
(212) 876-5500

Mr. Sampson respectfully moves this Court to further continue by 30 days, or through January 10, 2013, the date on which his appellee brief is due. Counsel for the Government has assented to this motion. In support of this motion, Mr. Sampson states as follows:

1. These consolidated cases are the Government's appeals of an interlocutory order of the District Court (Wolf, C.J.) granting Mr. Sampson's motion under 28 U.S.C. § 2255, vacating his sentence of death, and ordering a new sentencing hearing.

2. On May 18, 2012 the Government filed its Notice of Appeal in Case No. 12-1643, and simultaneously petitioned this Court for permission to take an interlocutory appeal in Case No. 12-8019. Thereafter, this Court consolidated the appeals and ordered the parties to "brief all issues, including jurisdiction, certification, merits and relief requested," and further ordered the Government to file its opening brief on July 23, 2012.

3. Thereafter, the Government filed assented-to motions for extensions of time, which this Court granted. The Government ultimately filed its consolidated brief on September 27, 2012.

4. Mr. Sampson's appellee brief originally was due on November 1, 2012. Given the multiple, complex jurisdictional and merits arguments contained in the Government's brief, Mr. Sampson moved for an extension until

1

December 11, 2012. This Court granted Mr. Sampson's motion on October 9, 2012.

5. The undersigned counsel have significantly drafted the appellee brief, but will be unable effectively to complete and present Mr. Sampson's jurisdictional and merits arguments within the current deadline. Accordingly, Mr. Sampson requests an extension of time of 30 days, until January 10, 2013.

6. Additional considerations merit the granting of this motion. One of Mr. Sampson's counsel of record, who is a principal author of the appellee brief, has been serving on a grand jury in the Superior Court for the District of Columbia every weekday since October 22, 2012. The grand jury service continues through November 21, 2012, after which the same attorney will be out of the office on annual leave from November 22, 2012 through November 28, 2012. Another of Mr. Sampson's counsel of record, who also is a principal author of the appellee brief, is preparing for a trial that is scheduled to run from November 26, 2012 through November 30, 2012.

7. This is Mr. Sampson's second motion for an extension of time.

8. Mr. Sampson's counsel has conferred with the Government, and counsel for the Government has assented to this request.

For these reasons, Mr. Sampson respectfully requests that this Court grant this motion.

Respectfully submitted,


GARY SAMPSON
By his attorneys,


s/Thomas P. Windom
William E. McDaniels, Esq.
Jennifer G. Wicht, Esq.
Thomas P. Windom, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

J. Martin Richey, Esq.
Elizabeth L. Prevett, Esq.
Federal Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA  02110
(617) 223-8061

Susan K. Marcus, Esq.
3 Fort Mason
San Francisco, CA 94123
(212) 876-5500

## CERTIFICATE OF SERVICE

I, Thomas P. Windom, hereby certify that a true copy of the above document was served on the counsel for the Government via the Court's Electronic Filing System on November 15, 2012.

/s/  Thomas P. Windom
Thomas P. Windom