# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  November 20, 2012

Upon consideration of motion, it is ordered that the time for Appellee-Respondent Gary Sampson to file a brief be enlarged to and including January 10, 2013.  Further briefing extensions should not be expected.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Dina Michael Chaitowitz
Miriam Conrad
Zachary R. Hafer
Susan Katherine Marcus
William E. McDaniels
Elizabeth Prevett
Mark T. Quinlivan
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom
John Albert Wortmann, Jr.