# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

------------------------------------------------------x

UNITED STATES OF AMERICA

    Appellant-Petitioner,

v.

GARY SAMPSON,

    Appellee-Respondent.

------------------------------------------------------x

Nos. 12-1643 & 12-8019

On appeal from the District of
Massachusetts (Wolf, C.J.)

Civil Action No. 09-10762-MLW
Criminal No. 01-10384-MLW

## MOTION BY THOMAS P. WINDOM
## TO WITHDRAW AS COUNSEL FOR DEFENDANT GARY SAMPSON

Thomas P. Windom, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

Pursuant to Local Rules 12.0(b) and 46.6(a), Thomas P. Windom, Esq., hereby moves to withdraw as counsel for Defendant Gary Sampson. Effective January 2, 2013, the undersigned is resigning from Williams & Connolly LLP and will no longer be involved in the representation of Mr. Sampson. Mr. Sampson will continue to be represented by Williams & Connolly LLP and its attorneys William McDaniels, Esq., Jennifer Wicht, Esq., and Cadence Mertz, Esq. Mr. Sampson also will continue to be represented by Susan K. Marcus, Esq., and by the Federal Defender's Office, through J. Martin Richey, Esq., and Elizabeth L. Prevett, Esq.

The undersigned has conferred with counsel for the Government regarding this motion. Counsel for the Government does not oppose this motion.

For these reasons, the undersigned respectfully requests that this Court grant this motion.

Respectfully submitted,

s/Thomas P. Windom

Thomas P. Windom, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

1

# CERTIFICATE OF SERVICE

I, Thomas P. Windom, hereby certify that a true copy of the above document was served on the counsel for the Government via the Court's Electronic Filing System on December 28, 2012.

/s/ Thomas P. Windom
Thomas P. Windom

In conformity with L.R. 46.6(d), I, Thomas P. Windom, hereby certify that a true copy of the above document was served on defendant Gary Sampson via first class mail on December 28, 2012.

/s/ Thomas P. Windom
Thomas P. Windom