## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---------------------------------------------------x

UNITED STATES OF AMERICA

    Appellant-Petitioner,

v.

GARY SAMPSON,

    Appellee-Respondent.

Nos. 12-1643 & 12-8019

On appeal from the District of
Massachusetts (Wolf, C.J.)

Civil Action No. 09-10762-MLW
Criminal No. 01-10384-MLW

---------------------------------------------------x

### GARY SAMPSON'S ASSENTED-TO MOTION TO SEAL

William E. McDaniels, Esq.
Jennifer G. Wicht, Esq.
Cadence Mertz, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

J. Martin Richey, Esq.
Elizabeth L. Prevett, Esq.
Federal Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA 02110
(617) 223-8061

Susan K. Marcus, Esq.
3 Fort Mason
San Francisco, CA 94123
(212) 876-5500

Appellee-Respondent Gary Sampson moves that he be permitted to file the attached Motion to Correct or Modify the Record on Appeal under seal. As grounds for this request, the exhibit being submitted under seal discloses the name of an individual whose identity is under seal in the district court and in this Court.

The government, through Assistant U.S. Attorney Mark T. Quinlivan, assents to this motion.

GARY SAMPSON
By his attorneys,

William E. McDaniels, Esq.
Jennifer G. Wicht, Esq.
Cadence Mertz, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

J. Martin Richey, Esq.
Elizabeth L. Prevett, Esq.
Federal Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA 02110
(617) 223-8061

Susan K. Marcus, Esq.
3 Fort Mason
San Francisco, CA 94123
(212) 876-5500

1

# CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Mark T. Quinlivan by hand delivery on January 8, 2013.

J. Martin Richey