# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

----------------------------------------------------x

UNITED STATES OF AMERICA

      Appellant-Petitioner,

v.

GARY SAMPSON,

      Appellee-Respondent.

----------------------------------------------------x

Nos. 12-1643 & 12-8019

On appeal from the District of
Massachusetts (Wolf, C.J.)

Civil Action No. 09-10762-MLW
Criminal No. 01-10384-MLW

## GARY SAMPSON'S ASSENTED-TO MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL APPENDIX

William E. McDaniels, Esq.
Jennifer G. Wicht, Esq.
Cadence Mertz, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

J. Martin Richey, Esq.
Elizabeth L. Prevett, Esq.
Federal Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA  02110
(617) 223-8061

Susan K. Marcus, Esq.
3 Fort Mason
San Francisco, CA  94123
(212) 876-5500

Pursuant to Rules 10(e), 27 and 30 of the Federal Rules of Appellate Procedure and the Local Rules of this Court, Mr. Sampson respectfully requests that this Court permit the filing of a Supplemental Appendix. The Supplemental Appendix contains excerpts from sixteen documents in the record of the proceedings in the District Court, on which Mr. Sampson relies in his Appellee Brief and which will be of assistance to this Court in consideration of the factual background for these appeals.

At the time the parties conferred on the preparation of the Joint Appendix and Joint Sealed Appendix, these documents were under seal. In preparation for filing his Appellee Brief and the proposed Supplemental Appendix, Mr. Sampson moved the District Court to unseal the relevant pages. The District Court on December 21, 2012, unsealed all of the pages contained in the proposed Supplemental Appendix.

Counsel for Mr. Sampson have conferred with counsel for the Government regarding this motion. The Government, through Assistant U.S. Attorney Mark T. Quinlivan, assents to this motion.

GARY SAMPSON
By his attorneys,


William E. McDaniels, Esq.
Jennifer G. Wicht, Esq.
Cadence Mertz, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

J. Martin Richey, Esq.
Elizabeth L. Prevett, Esq.
Federal Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA  02110
(617) 223-8061

Susan K. Marcus, Esq.
3 Fort Mason
San Francisco, CA  94123
(212) 876-5500

3

## **CERTIFICATE OF SERVICE**

I, J. Martin Richey, hereby certify this document filed through the ECF system will be sent electronically to Assistant U.S. Attorney Mark T. Quinlivan as identified on the Notice of Electronic Filing on January 9, 2013.


/s/ J. Martin Richey
J. Martin Richey