# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  January 10, 2013

　　　　Several motions have brought these matters before the court.  The motion of Thomas P. Windom to withdraw as counsel is **GRANTED**.  Appellant-Petitioner Gary Lee Sampson's "assented-to motion to correct or modify the record on appeal" is **GRANTED**, and Sampson is hereby directed to tender to the court five additional copies of the exhibit attached to the motion so that they may be added to the copies of the sealed appendix currently on file with the court.  The copies of the exhibit should be clearly marked as "filed under seal" and should not be electronically filed.  Finally, Sampson's "assented-to motion to seal" the "motion to correct or modify" is **GRANTED**, and the tendered copy of the motion and the exhibits thereto are accepted for filing

under seal.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Miriam Conrad
Susan Katherine Marcus
William E. McDaniels
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Thomas Patrick Windom
Cadence Mertz