# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  January 18, 2013

This matter is before the court on Gary Lee Sampson's "assented-to motion to file supplemental appendix."  The motion is **GRANTED**, and the tendered supplemental appendix is accepted for filing.

By the Court:
/s/ Margaret Carter, Clerk.

cc: Dina Michael Chaitowitz, Miriam Conrad, Zachary R. Hafer, Susan Katherine Marcus, William E. McDaniels, Cadence Mertz, Elizabeth Prevett, Mark T. Quinlivan, John Martin Richey, Jennifer G. Wicht, John Albert Wortmann, Jr.