Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

No. 12-1643

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

v.

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**

_____

No. 12-8019

**GARY LEE SAMPSON,**
**Petitioner-Appellee**

v.

**UNITED STATES OF AMERICA,**
**Respondent-Appellant**

_____

**GOVERNMENT'S ASSENTED-TO MOTION**
**TO ENLARGE TIME BY 25 DAYS**
**-- to February 22, 2013--**
**FOR FILING ITS REPLY BRIEF**

The government respectfully moves this Court to continue by 25 days, or

through February 22, 2013, the date on which its reply brief is due.  In support of this

motion, the government states the following:

1.  This is the government's appeal from the district court's memorandum and

order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended

petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019). The government filed its opening brief and petition on September 27, 2012, and Sampson filed his answering brief on January 10, 2013.

2. These appeals raise important questions of first impression regarding this Court's jurisdiction and the merits of the district court's order granting Sampson a new penalty phase trial. This Court therefore has previously granted the parties leave to file an opening and answering brief of up to 28,000 words, and the government leave to file a reply brief of up to 10,500 words.

3. An extension of 25 days is being requested so that the government has sufficient time to respond to the arguments advanced in Sampson's answering brief, and for the draft reply brief to be reviewed. In this regard, the undersigned Assistant U.S. Attorney notes that he was out of the office on annual leave from January 10 through January 15, 2013, and is currently occupied in drafting the government's answering brief in *United States v. Hector Acevedo, a/k/a Cuba, a/k/a Hector Garcia*, No. 12-1399, which is due on January 30, 2013.

4. In view of the foregoing, the government respectfully requests an extension of time of 25 days, or through February 22, 2013, in which to file its reply brief and.

5.  Counsel for Gary Lee Sampson has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on January 23, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN

-3-