# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  January 28, 2013

Upon consideration of motion, it is ordered that the time for the United States to file a reply brief be enlarged to and including February 22, 2013.

By the Court:

/s/ Margaret Carter, Clerk.

cc:

Mark T. Quinlivan

Dina Michael Chaitowitz

Zachary R. Hafer

John Albert Wortmann, Jr.

Miriam Conrad

Susan Katherine Marcus

William E. McDaniels

Elizabeth Prevett

John Martin Richey

Jennifer G. Wicht

Cadence Mertz