# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  February 19, 2013

Pursuant to 18 U.S.C. § 3599 and the Criminal Justice Act, Gary Lee Sampson has moved for appointment of Attorneys William E. McDaniels and Jennifer G. Wicht, Esq., of Williams & Connolly LLP, along with learned capital counsel Susan K. Marcus.  Sampson also has requested the appointment of additional unnamed attorneys from  Williams & Connolly.

Appointment of Attorneys McDaniels and Marcus, coupled with continuing representation by the Federal Public Defender, is sufficient to satisfy applicable statutes and regulations.  See, e.g., 18 U.S.C.  §  3599(c)  (setting  out  counsel  experience  requirements);  18 U.S.C.  §  3599(a)(2)

(discussing generally indigent defendants' right to counsel in death sentence cases).  Accordingly, the motion is **GRANTED** to the extent that William E. McDaniels and Susan K. Marcus are appointed.

Though we do not separately appoint Jennifer G. Wicht, Esq., Attorney McDaniels is permitted to use the services of Attorney Wicht and to bill for her time spent pursuant to 7 Guide to Judiciary Policy, ch. VI, § 620.10.10(c).

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Miriam Conrad
Susan Katherine Marcus
William E. McDaniels
Cadence Mertz
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.
Gary Lee Sampson