OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

February 20, 2013


William E. McDaniels, Esquire
Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005-0000

Re: <u>CJA Forms for12-1643 and 12-8019 Sampson v. US</u>

Dear Attorney McDaniels:

     Enclosed please find the CJA 30 and 31 vouchers for the above captioned appeals pursuant to the order of court that issued on February 19, 2013.


                              Sincerely,


                              /s/Margaret Carter, Clerk


MC:db
file

**CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 1. CIR./DIST./DIV. CODE 01C | 2. PERSON REPRESENTED SAMPSON, GARY LEE | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:09-010762-001 | 5. APPEALS DKT./DEF. NUMBER X:12-001643-001 | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) US v. SAMPSON | 8. TYPE PERSON REPRESENTED Appellee | 9. REPRESENTATION TYPE Death Penalty Motion (2255) |
|---|---|---|

**10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.

---

**11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS**

MCDANIELS, WILLIAM E.
725 12th St., N.W.
Washington DC 20005

Telephone Number: _____

**13. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

WILLIAMS AND CONNOLLY LLP
725 12th St., N.W.
Washington DC 20005

**12. COURT ORDER**

☒ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel

Prior Attorney's Name: _____

Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: _____

Appointment Date: _____

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

/s/Margaret Carter, Clerk
Signature of Presiding Judicial Officer or By Order of the Court

02/19/2013    05/18/2012
Date of Order    Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

---

**CLAIM FOR SERVICES AND EXPENSES**

**14. STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court
 Writ of Certiorari

**HABEAS CORPUS**
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court
 Writ of Certiorari
gg. ☐ State Court Appearance

**OTHER PROCEEDING**
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other (specify)
p. ☐ Clemency

---

**HOURS AND COMPENSATION CLAIMED**   **FOR COURT USE ONLY**

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $ ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators and Experts | | | | | |
| e. Obtaining and Reviewing the Court Record | | | | | |
| f. Obtaining and Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| Totals: Categories b thru j (Rate per hour = $ ) | | | | | |

**CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)**

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | |
|---|---|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | |

**GRAND TOTALS (CLAIMED AND ADJUSTED):**

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

**21. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

**APPROVED FOR PAYMENT -- COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT.APPROVED |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 27a. JUDGE CODE |

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE 01C | 2. PERSON REPRESENTED SAMPSON, GARY | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:01-010384-001 | 5. APPEALS DKT./DEF. NUMBER X:12-008019-001 | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) U.S. v. Sampson | 8. TYPE PERSON REPRESENTED Other:_____ | 9. REPRESENTATION TYPE Other Death Penalty Cases |
|---|---|---|

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**11. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

MCDANIELS, WILLIAM E.
725 12th St., N.W.
Washington  DC  20005

Telephone Number: _____

**13. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

WILLIAMS AND CONNOLLY LLP
725 12th St., N.W.
Washington  DC  20005

**12. COURT ORDER**

☒ O  Appointing Counsel      ☐ C  Co-Counsel
☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney    ☐ Y  Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL  ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: _____
Appointment Date: _____

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

/s/Margaret Carter, Clerk
Signature of Presiding Judicial Officer or By Order of the Court
02/20/2013                    05/18/2012
Date of Order                 Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.      ☐ YES    ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

**14. STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX.  **Submit a separate voucher for each stage of the proceeding.**

**CAPITAL PROSECUTION**
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court
    Writ of Certiorari

**HABEAS CORPUS**
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k. ☐ Petition for the U.S. Supreme Court
    Writ of Certiorari
gg. ☐ State Court Appearance

**OTHER PROCEEDING**
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay

o. ☐ Other (specify)
p. ☐ Clemency

### HOURS AND COMPENSATION CLAIMED / FOR COURT USE ONLY

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $        ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators and Experts | | | | | |
| e. Obtaining and Reviewing the Court Record | | | | | |
| f. Obtaining and Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Reserach and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| Totals: Categories b thru j  (Rate per hour = $       ) | | | | | |

### CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| | | | | | |
|---|---|---|---|---|---|
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | | |

### GRAND TOTALS (CLAIMED AND ADJUSTED):

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____  TO _____ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

**21. CLAIM STATUS**  ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____        Date: _____

### APPROVED FOR PAYMENT -- COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT.APPROVED |
|---|---|---|---|---|

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 01C | SAMPSON, GARY LEE | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:09-010762-001 | X:12-001643-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| US v. SAMPSON | Appellee | Death Penalty Motion (2255) |

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ **OR**

☐ Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (See instructions)

_____    _____
    Signature of Attorney                                                      Date

☐ Panel Attorney   ☐ Retained Atty   ☐ Pro-Se   ☐ Legal Organization

**Attorney's name** (First Name, M.I., Last Name, including suffix) **, and mailing address.**

Telephone Number: _____

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See instructions)**

**13. TYPE OF SERVICE PROVIDER**

| | | | |
|---|---|---|---|
| 01 ☐ | Investigator | 20 ☐ | Legal Analyst/Consultant |
| 02 ☐ | Interpreter/Translator | 21 ☐ | Jury Consultant |
| 03 ☐ | Psychologist | 22 ☐ | Mitigation Specialist |
| 04 ☐ | Psychiatrist | 23 ☐ | Duplication Services (See Instructions) |
| 05 ☐ | Polygraph Examiner | 24 ☐ | Other (specify) |
| 06 ☐ | Documents Examiner | | |
| 07 ☐ | Fingerprint Analyst | 25 ☐ | Litigation Support Services (See Instructions) |
| 08 ☐ | Accountant | 26 ☐ | Computer Forensics Expert (See Instructions) |
| 09 ☐ | CALR (Westlaw/Lexis,etc) | | |
| 10 ☐ | Chemist/Toxicologist | | |
| 11 ☐ | Ballistics Expert | | |
| 13 ☐ | Weapons/Firearms/Explosive Expert | | |
| 14 ☐ | Pathologist/Medical Examiner | | |
| 15 ☐ | Other Medical Expert | | |
| 16 ☐ | Voice/Audio Analyst | | |
| 17 ☐ | Hair/Fiber Expert | | |
| 18 ☐ | Computer (Hardware/Software/Systems) (See Instructions) | | |
| 19 ☐ | Paralegal Services | | |

**14. Court Order**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 11 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____          _____
Date of Order                                        Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.

☐ YES   ☐ NO

**15. STAGE OF PROCEEDING**

Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX.  **Submit a separate voucher for each stage of the proceeding.**

| CAPITAL PROSECUTION | | | HABEAS CORPUS | | OTHER PROCEEDING | | |
|---|---|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. | l. ☐ Stay of Execution | o. ☐ Other (specify) |
| b. ☐ Trial | f. ☐ Petition for the U.S. | h. ☐ Evidentiary Hearing | Supreme Court | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | Supreme Court | i. ☐ Dispositive Motions | Writ of Certiorari | n. ☐ Petition for Writ of Certiorari to the U.S. | p. ☐ Clemency |
| d. ☐ Other Post Trial | Writ of Certiorari | j. ☐ Appeal | gg. ☐ State Court Appearance | Supreme Court Regarding Denial of Stay | |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | |
|---|---|---|---|

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

TIN: _____

Telephone Number: _____

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** _____ **TO** _____

**CLAIM STATUS**   ☐ Final   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____    Date: _____

**18. CERTIFICATION OF ATTORNEY**   I hereby certify that the services were rendered for this case.

Signature of Attorney: _____    Date: _____

### APPROVED FOR PAYMENT - COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|

**23.** ☐ Either the total cost (excluding expenses) of all services combined does not exceed $800, or prior authorization was obtained; OR
☐ In the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $800.

_____    _____    _____
Signature of Presiding Judicial Officer         Date              Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**

A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____

B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 18 U.S.C. 3599(g)(2).

_____    _____    _____
Signature of Chief Judge, Court of Appeals (or Delegate)    Date    Judge Code

**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES**

| 1. CIR./DIST./DIV. CODE<br>01C | 2. PERSON REPRESENTED<br>SAMPSON, GARY | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:01-010384-001 | 5. APPEALS DKT./DEF. NUMBER<br>X:12-008019-001 | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Sampson | 8. TYPE PERSON REPRESENTED<br>Other: | 9. REPRESENTATION TYPE<br>Other Death Penalty Cases |
|---|---|---|

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $_____ **OR**

☐ Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (See instructions)

_____        _____
Signature of Attorney                                                                        Date

☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**Attorney's name** (First Name, M.I., Last Name, including suffix) **, and mailing address.**

Telephone Number: _____

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See instructions)

**14. Court Order**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 11 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____        _____
Date of Order                               Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

**13. TYPE OF SERVICE PROVIDER**

| | | | |
|---|---|---|---|
| 01 ☐ Investigator | | 20 ☐ | Legal Analyst/Consultant |
| 02 ☐ Interpreter/Translator | | 21 ☐ | Jury Consultant |
| 03 ☐ Psychologist | | 22 ☐ | Mitigation Specialist |
| 04 ☐ Psychiatrist | | 23 ☐ | Duplication Services (See Instructions) |
| 05 ☐ Polygraph Examiner | | 24 ☐ | Other (specify) |
| 06 ☐ Documents Examiner | | | _____ |
| 07 ☐ Fingerprint Analyst | | 25 ☐ | Litigation Support Services (See Instructions) |
| 08 ☐ Accountant | | 26 ☐ | Computer Forensics Expert (See Instructions) |
| 09 ☐ CALR (Westlaw/Lexis,etc) | | | |
| 10 ☐ Chemist/Toxicologist | | | |
| 11 ☐ Ballistics Expert | | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | | |
| 14 ☐ Pathologist/Medical Examiner | | | |
| 15 ☐ Other Medical Expert | | | |
| 16 ☐ Voice/Audio Analyst | | | |
| 17 ☐ Hair/Fiber Expert | | | |
| 18 ☐ Computer (Hardware/Software/Systems) (See Instructions) | | | |
| 19 ☐ Paralegal Services | | | |

**15. STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX.   Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | | | HABEAS CORPUS | | | | OTHER PROCEEDING | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. | l. ☐ Stay of Execution | | o. ☐ Other (specify) |
| b. ☐ Trial | f. ☐ Petition for the U.S. | h. ☐ Evidentiary Hearing | Supreme Court | m. ☐ Appeal of Denial of Stay | | |
| c. ☐ Sentencing | Supreme Court | i. ☐ Dispositive Motions | Writ of Certiorari | n. ☐ Petition for Writ of Certiorari to the U.S. | p. ☐ Clemency |
| d. ☐ Other Post Trial | Writ of Certiorari | j. ☐ Appeal | gg. ☐ State Court Appearance | Supreme Court Regarding Denial of Stay | |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | |
|---|---|---|---|
| **16. SERVICES AND EXPENSES**<br>(Attach itemization of services and expenses with dates) | **AMOUNT CLAIMED** | **MATH/TECHNICAL ADJUSTED AMOUNT** | **ADDITIONAL REVIEW** |
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

TIN: _____
Telephone Number: _____

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** _____ **TO** _____

**CLAIM STATUS**  ☐ Final  ☐ Interim Payment Number _____  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____        Date: _____

**18. CERTIFICATION OF ATTORNEY**   I hereby certify that the services were rendered for this case.

Signature of Attorney: _____        Date: _____

## APPROVED FOR PAYMENT - COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|

**23.** ☐ Either the total cost (excluding expenses) of all services combined does not exceed $800, or prior authorization was obtained; OR
☐ In the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $800.

_____        _____        _____
Signature of Presiding Judicial Officer        Date        Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 18 U.S.C. 3599(g)(2).

_____        _____        _____
Signature of Chief Judge, Court of Appeals (or Delegate)        Date        Judge Code