Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

No. 12-1643

### GARY LEE SAMPSON,
Petitioner-Appellee

v.

### UNITED STATES OF AMERICA,
Respondent-Appellant

_____

No. 12-8019

### GARY LEE SAMPSON,
Petitioner-Appellee

v.

### UNITED STATES OF AMERICA,
Respondent-Appellant

_____

### GOVERNMENT'S MOTION TO ENLARGE TIME BY 21 DAYS
### -- to March 15, 2013--
### FOR FILING ITS REPLY BRIEF

### (Assented-to)

The government respectfully moves this Court to further continue by 21 days,

or through March 15, 2013, the date on which its reply brief is due.  In support of this

motion, the government states the following:

1.      This is the government's appeal from the district court's memorandum

and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended

petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019).  The government filed its opening brief and petition on September 27, 2012, and Sampson filed his answering brief on January 10, 2013.  The government's reply brief was initially due on January 28, 2013, and was continued by this Court on the government's motion through February 22, 2013.

2.     These appeals raise important questions of first impression regarding this Court's jurisdiction and the merits of the district court's order granting Sampson a new penalty phase trial.  This Court therefore has previously granted the parties leave to file an opening and answering brief of up to 28,000 words, and the government leave to file a reply brief of up to 10,500 words.

3.     Although the undersigned Assistant U.S. Attorney has been diligently working on a draft of the government's reply brief, an additional 21 days is being requested so that the draft can be completed and reviewed.  In this regard, the undersigned has recently been occupied with the following, among other matters:

- drafting the government's answering brief in *United States v. Hector Acevedo, a/k/a Cuba, a/k/a Hector Garcia*, No. 12-1399, which was filed on January 30, 2013;

- reviewing the government's opposition to Boston College's motion to dismiss its appeal as moot in *In re: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price*, No. 12-1236, which was filed on February 11, 2013;

- drafting the government's answering brief in *United States v. Anthony W. Cristallo*, No. 11-2420, which was filed on February 15, 2013;

- reviewing the government's motion for summary disposition in *United States v. Clinton Joseph*, No. 12-1912, which was filed on February 15, 2013.

- drafting the government's answering brief in *United States v. Mani M. Batchu*, No. 11-2414, which is due on March 1, 2013.

In addition, the undersigned will be preparing for and presenting oral argument before this Court in *United States v. Steven Soto*, No. 11-1646, on March 6, 2013.

4.    This is the government's second request for an extension of time in which to file its reply brief.  This case has not yet been calendared for oral argument.

5.    In view of the foregoing, the government respectfully requests a further extension of time of 21 days, or through March 15, 2013, in which to file its reply brief and.

6.    Counsel for Gary Lee Sampson has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
       MARK T. QUINLIVAN
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on February 20, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
3 Fort Mason
San Francisco, CA 94123

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
