Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

No. 12-1643

## GARY LEE SAMPSON,
Petitioner-Appellee

v.

## UNITED STATES OF AMERICA,
Respondent-Appellant
_____

No. 12-8019

## GARY LEE SAMPSON,
Petitioner-Appellee

v.

## UNITED STATES OF AMERICA,
Respondent-Appellant
_____

## GOVERNMENT'S MOTION TO ENLARGE TIME BY 14 DAYS
## -- to March 29, 2013--
## FOR FILING ITS REPLY BRIEF

### (Assented-to)

The government respectfully moves this Court to further continue by 14 days, or through March 29, 2013, the date on which its reply brief is due.  In support of this motion, the government states the following:

1.     This is the government's appeal from the district court's memorandum and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended

petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019). The government filed its opening brief and petition on September 27, 2012, and Sampson filed his answering brief on January 10, 2013. The government's reply brief was initially due on January 28, 2013, and that deadline has been continued by this Court twice on the government's motion through March 15, 2013.

2.      These appeals raise important questions of first impression regarding this Court's jurisdiction and the merits of the district court's order granting Sampson a new penalty phase trial. This Court therefore has previously granted the parties leave to file an opening and answering brief of up to 28,000 words, and the government leave to file a reply brief of up to 10,500 words.

3.      Although the undersigned Assistant U.S. Attorney has substantially drafted the government's reply brief, a further extension of time of 14 days is being requested because other matters have interfered with his ability to complete it within the current deadline. In particular, although the undersigned had planned on spending the body of this past week completing the government's reply brief, he spent more time than he had anticipated preparing for oral argument before this Court in *United States v. Steven Soto*, No. 11-1646, which was argued on March 6, 2013. The

undersigned was engaged for a significant portion of the previous week completing the government's answering brief in *United States v. Mani M. Batchu*, No. 11-2414, which was filed on March 1, 2013.

4.    This is the government's third request for an extension of time in which to file its reply brief.  This case has not yet been calendared for oral argument.

5.    In view of the foregoing, the government respectfully requests a further extension of time of 14 days, or through March 29, 2013, in which to file its reply brief and.

6.    Counsel for Gary Lee Sampson has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
       MARK T. QUINLIVAN
       Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Mark T. Quinlivan, AUSA, certify that on March 13, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Susan Katherine Marcus
c/o Norris McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, NY 10022

 */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN