# United States Court of Appeals
## For the First Circuit

No.    12-1643


GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.


No.    12-8019


GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.


ORDER OF COURT

Entered:  March 20, 2013


Upon consideration of motion, it is ordered that the time for the United States to file a reply brief be enlarged to and including March 29, 2013.


By the Court:


/s/ Margaret Carter, Clerk.

cc:
Miriam Conrad
Susan Katherine Marcus
William E. McDaniels
Cadence Mertz
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.