Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT
_____

No. 12-1643

### GARY LEE SAMPSON,
**Petitioner-Appellee**


**v.**


### UNITED STATES OF AMERICA,
**Respondent-Appellant**
_____

No. 12-8019

### GARY LEE SAMPSON,
**Petitioner-Appellee**


**v.**


### UNITED STATES OF AMERICA,
**Respondent-Appellant**
_____

## GOVERNMENT'S MOTION TO ENLARGE TIME BY FIVE DAYS
## -- to April 3, 2013--
## FOR FILING ITS REPLY BRIEF

**(Assented-to)**

The government respectfully moves this Court to further continue by five days, or through April 3, 2013, the date on which its reply brief is due.  In support of this motion, the government states the following:

1.      This is the government's appeal from the district court's memorandum and order allowing Claim IV of the petitioner-appellee Gary Lee Sampson's amended

petition under 28 U.S.C. §2255, vacating his death sentence, and ordering a new penalty phase trial (Appeal No. 12-1643), and the government's petition for permission to take an interlocutory appeal under 28 U.S.C. §1292(b) (Appeal No. 12-8019). The government filed its opening brief and petition on September 27, 2012, and Sampson filed his answering brief on January 10, 2013. The government's reply brief was initially due on January 28, 2013, and that deadline has been continued by this Court on the government's motions through March 29, 2013.

2.    These appeals raise important questions of first impression regarding this Court's jurisdiction and the merits of the district court's order granting Sampson a new penalty phase trial. This Court therefore has previously granted the parties leave to file an opening and answering brief of up to 28,000 words, and the government leave to file a reply brief of up to 10,500 words.

3.    The undersigned Assistant U.S. Attorney has completed a draft of the government's reply brief and is making final edits before circulating it for review, and an earlier draft addressing the jurisdictional issues has already been circulated and reviewed. A further extension of time of five days is being requested because the Chief of the Appeals Unit, who is the primary review of the government's reply, is out of the office through the end of the week due to a death in the family, and will not be back in the office until Monday, April 1, 2013.

4.      This case has been calendared for oral argument on May 8, 2013.

5.      In view of the foregoing, the government respectfully requests a further extension of time of five days, or through April 3, 2013, in which to file its reply brief.

6.      Counsel for Gary Lee Sampson has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on March 28, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
c/o Norris McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, NY 10022

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN

-4-