# United States Court of Appeals
## For the First Circuit

No.    12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

No.    12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES,

Petitioner.

ORDER OF COURT

Entered:  April 2, 2013

Upon consideration of motion, it is ordered that the time for the United States to file a reply brief be enlarged to and including April 3, 2013.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Miriam Conrad
Susan Katherine Marcus
William E. McDaniels
Cadence Mertz
Elizabeth Prevett
John Martin Richey
Jennifer G. Wicht
Mark T. Quinlivan
Dina Michael Chaitowitz
Zachary R. Hafer
John Albert Wortmann, Jr.