# United States Court of Appeals
## For the First Circuit

---

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1643, 12-8019

Case Name: Gary Lee Sampson v. United States

Date of Argument: May 8, 2013

Location of Argument: ☑ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Gary Sampson Appellee

Attorney Name: William E. McDaniels    First Circuit Bar No.: 1153046

Phone Number: (202) 434-5055    Fax Number: (202) 434-5029

Email: wmcdaniels@wc.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

| /s/ William E. McDaniels | April 3, 2013 |
|---|---|
| (Signature) | (Date) |

PLEASE NOTE:   Only arguing counsel will be notified by phone when the opinion is released.