# United States Court of Appeals
## For the First Circuit

No. 12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

No. 12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES OF AMERICA,

Petitioner.

**JUDGMENT**

Entered:  July 25, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The government's request for the issuance of an extraordinary writ is denied and both of the government's appeals are dismissed. The sentence of death is vacated and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Mark L. Wolf, Rob Farrell, Clerk, United States District Court for the District of Massachusetts, Elizabeth Prevett, John Martin Richey, Susan Katherine Marcus, William E. McDaniels, Jennifer G. Wicht, Cadence Mertz, Mark T. Quinlivan, Zachary R. Hafer, Dina Michael Chaitowitz, John Albert Wortmann Jr., Miriam Conrad