Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

————————————————

No. 12-1643

**GARY LEE SAMPSON,**
Petitioner-Appellee

v.

**UNITED STATES OF AMERICA,**
Respondent-Appellant

————————————————

No. 12-8019

**GARY LEE SAMPSON,**
Petitioner-Appellee

v.

**UNITED STATES OF AMERICA,**
Respondent-Appellant

————————————————

**GOVERNMENT'S MOTION TO EXTEND THE TIME
– to September 24, 2013 –
WITHIN WHICH TO FILE A PETITION FOR REHEARING
AND/OR REHEARING *EN BANC***

**(Assented-to)**

The United States of America respectfully moves this Court to extend the time

in which it must file any petition for rehearing and/or petition for rehearing *en banc*

in these appeals by 45 days or to **September 24, 2013.**  In support of this request, the

undersigned Assistant U.S. Attorney states the following:

1.    On July 25, 2013, this Court exercised its advisory mandamus authority and affirmed the district court's ruling vacating the defendant's death sentence and granting a new penalty-phase hearing.

2.    Pursuant to FRAP 35 and 40, any petition for panel rehearing or petition for rehearing *en banc* is required to be filed within 14 days, or by August 8, 2013.

3.    The government must obtain approval from the Solicitor General to seek or not to seek *en banc* rehearing.  Additional time is needed for this decision to be made, and for the government to prepare any petition, if one is authorized.

4.    Accordingly, the government requests that this Court extend the time within which it must file any petition for panel rehearing and/or petition for rehearing *en banc* by 45 days, or through September 24, 2013.

5.    Counsel for the defendant has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

-2-

**Certificate of Service**

I, Mark T. Quinlivan, AUSA, hereby certify that on July 29, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Susan Katherine Marcus
c/o Norris McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, NY 10022

 */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

-3-