Nos.  12-1643, 12-8019

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

No. 12-1643

**GARY LEE SAMPSON,**
**Petitioner-Appellee**


v.


**UNITED STATES OF AMERICA,**
**Respondent-Appellant**

_____

No. 12-8019

**GARY LEE SAMPSON,**
**Petitioner-Appellee**


v.


**UNITED STATES OF AMERICA,**
**Respondent-Appellant**

_____

**GOVERNMENT'S MOTION TO FURTHER EXTEND THE TIME**
**– to October 24, 2013 –**
**WITHIN WHICH TO FILE A PETITION FOR REHEARING**
**AND/OR REHEARING _EN BANC_**

**(Assented-to)**

The United States of America respectfully moves this Court to further extend

the time in which it must file any petition for rehearing and/or petition for rehearing

_en banc_ in these appeals by 30 days or to **October 24, 2013.**  In support of this

request, the undersigned Assistant U.S. Attorney states the following:

1.    On July 25, 2013, this Court exercised its advisory mandamus authority and affirmed the district court's ruling vacating the defendant's death sentence and granting a new penalty-phase hearing.  On July 31, 2013, this Court granted the government's motion for leave to extend the time to file a petition for rehearing and/or rehearing *en banc* to September 24, 2013.

2.    As set forth in the government's prior request for an extension, the government must obtain approval from the Solicitor General to seek or not to seek *en banc* rehearing.  That determination is made after several layers of review, including recommendations by the United States Attorney and the Department of Justice's Criminal Appellate Section.  Additional time is needed for this process to be completed and a decision to be made, and for the government to prepare any petition, if one is authorized.

3.    Accordingly, the government requests that this Court further extend the time within which it must file any petition for panel rehearing and/or petition for rehearing *en banc* by 30 days, or through **October 24, 2013.**

4.    Counsel for the defendant has assented to this request.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## Certificate of Service

I, Mark T. Quinlivan, AUSA, hereby certify that on September 12, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
c/o Norris McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, NY 10022

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

/s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney