# United States Court of Appeals
## For the First Circuit

No. 12-1643

---

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

---

No. 12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES OF AMERICA,

Petitioner.

---

**ORDER OF COURT**
**Entered:  September 13, 2013**

United States' motion to extend the time to file a petition for rehearing and/or rehearing en banc until October 24, 2013 is granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Miriam Conrad
Zachary R. Hafer
Susan Katherine Marcus
William E. McDaniels
Cadence Mertz
Elizabeth Prevett
Mark T. Quinlivan
John Martin Richey
Jennifer G. Wicht
John Albert Wortmann, Jr.
Gary Lee Sampson