**Nos. 12-1643, 12-8019**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**
_____

**No. 12-1643**

**GARY LEE SAMPSON,**
Petitioner-Appellee

**v.**

**UNITED STATES OF AMERICA,**
Respondent-Appellant
_____

**No. 12-8019**

**GARY LEE SAMPSON,**
Petitioner-Appellee

**v.**

**UNITED STATES OF AMERICA,**
Respondent-Appellant
_____

**GOVERNMENT'S MOTION TO FURTHER EXTEND THE TIME
– to November 7, 2013 –
WITHIN WHICH TO FILE A PETITION FOR REHEARING
AND/OR REHEARING *EN BANC***
_____

The United States of America respectfully moves this Court to further extend the time in which it must file any petition for rehearing and/or petition for rehearing *en banc* in these appeals by 14 days or to **November 7, 2013.**  In support of this request, the undersigned Assistant U.S. Attorney states the following:

1.      On July 25, 2013, this Court exercised its advisory mandamus authority and affirmed the district court's ruling vacating the defendant's death sentence and granting a new penalty-phase hearing.  On July 31, 2013, this Court granted the government's motion for leave to extend the time to file a petition for rehearing and/or rehearing *en banc* to September 24, 2013, and it further extended that deadline on the government's motion through October 24, 2013.

2.      As set forth in the government's prior requests for an extension, the government must obtain approval from the Solicitor General to seek or not to seek *en banc* rehearing, and that determination is made after several layers of review, including recommendations by the United States Attorney and the Department of Justice's Criminal Appellate Section.  That process is nearly complete, including a recommendation having been made by an Assistant to the Solicitor General, and the matter is being further reviewed by the Solicitor General's office.  Because that office has been heavily involved in arguments before the Supreme Court during the past two weeks, however, a further extension of 14 days is being requested so that this process can be completed and a final decision made.

3.      The undersigned Assistant U.S. Attorney certifies that he has consulted with counsel for Gary Lee Sampson regarding this motion and that counsel for Sampson stated that he does not oppose this motion.

- 2 -

4.     Accordingly, the government requests that this Court further extend the time within which it must file any petition for panel rehearing and/or petition for rehearing *en banc* by 14 days, or through **November 7, 2013**.

For these reasons, and with good cause having been shown, the government respectfully requests that the Court grant this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on October 22, 2013, I electronically served a copy of the foregoing document by electronic service on the following registered participants of the CM/ECF system:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Susan Katherine Marcus
c/o Norris McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, NY 10022

*/s/ Mark T. Quinlivan*
MARK T. QUINLIVAN