# United States Court of Appeals
## For the First Circuit

No. 12-1643

GARY LEE SAMPSON,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

No. 12-8019

GARY LEE SAMPSON,

Respondent,

v.

UNITED STATES OF AMERICA,

Petitioner.

**ORDER OF COURT**
**Entered: October 23, 2013**

United States' motion to extend the time to file a petition for rehearing and/or rehearing en banc until November 7, 2013 is granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Miriam Conrad
Mark T. Quinlivan
Elizabeth Prevett
Zachary R. Hafer
Dina Michael Chaitowitz
John Albert Wortmann, Jr.
John Martin Richey
Susan Katherine Marcus
William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Gary Lee Sampson