

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

November 7, 2013

Margaret Carter, Esq.
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

> **Re:    *Gary Lee Sampson v. United States of America,***
> **Appeal Nos. 12-1643 and 12-8019**

Dear Ms. Carter:

These appeals were decided on July 25, 2013, by a panel of Chief Judge Lynch and Judges Selya and Lipez.  This letter is to inform the Court that the government will not be seeking rehearing or rehearing *en banc*.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By     /s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

cc:

William E. McDaniels
Jennifer G. Wicht
Cadence Mertz
Williams & Connolly, LLP
725 Twelfth Street, N.W
Washington, D.C 20005

Susan Katherine Marcus
c/o Norris McLaughlin & Marcus
875 Third Avenue, 8th Floor
New York, NY 10022

J. Martin Richey
Elizabeth L. Prevett
Office of the Federal Defender
51 Sleeper Street, Fifth Floor
Boston, MA 02210

Hon. Mark L. Wolf
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210