# United States Court of Appeals
## For the First Circuit

No. 12-1643

GARY LEE SAMPSON

Petitioner - Appellee

v.

UNITED STATES

Respondent - Appellant

No. 12-8019

GARY LEE SAMPSON

Respondent

v.

UNITED STATES

Petitioner

**MANDATE**

Entered: November 15, 2013

In accordance with the judgment of July 25, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Miriam Conrad
Zachary R. Hafer
Susan Katherine Marcus

William E. McDaniels
Cadence Mertz
Elizabeth Prevett
Mark T. Quinlivan
John Martin Richey
Gary Lee Sampson
Jennifer G. Wicht
John Albert Wortmann Jr.